1  Anita L. Steburg (State Bar No. 245933)
   1798 Technology Drive, Suite 258
2  San Jose, CA 95110
   Telephone:   +1.408.573.1122
3  Facsimile:   +1.408.573.1126
   E-Mail:      anita@steburglawfirm.com
4
   Attorneys for Plaintiffs
5  DAN A. GRANERA and ROSSANA GRANERA

6
   Michael R. McLively (State Bar No. 264675)
7  mrmclively@jonesday.com
   JONES DAY
8  555 California Street, 26th Floor
   San Francisco, CA  94104
9  Telephone:   +1.415.626.3939
   Facsimile:   +1.415.875.5700
10
   Attorneys for Defendant
11 EXPERIAN INFORMATION SOLUTIONS, INC.

12

13                         UNITED STATES DISTRICT COURT

14                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16

17 | DAN A GRANERA, and individual, and ROSSANA GRANERA, an individual | Case No.  CV12-01801-YGR |

18 | Plaintiffs, | **JOINT STIPULATION EXTENDING EXPERIAN'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

19 | v. | |

20 | EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; BANK OF AMERICA N.A; CAPITAL ONE, N.A.; CHASE VISA a subsidiary of JP MORGAN CHASE & CO.; US BANK N.A.; and DOES 1 through 100, inclusive | |

21 | | Judge Hon. Yvonne Gonzalez Rogers |

22 | | Complaint Filed:     April 10, 2012 |

23 | | Trial Date:     Not Assigned |

24 Defendants.

25

26

27

28

SFI-732716v1                                         JOINT STIPULATION AND [PROPOSED]
                                                     ORDER EXTENDING TIME

# STIPULATION

Defendant Experian Information Solutions, Inc. ("Experian"), and Plaintiffs Dan A. Granera and Rossana Granera ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiffs filed a Complaint for Violations of the Fair Credit Reporting Act (15 U.S.C. 1681) ("Complaint") on April 10, 2012.

2. On April 19, 2012 Experian was served with the Complaint, thereby setting the deadline to respond at May 10, 2012.

3. The parties are currently discussing settlement possibilities as an alternative to further litigation.

4. In order to continue current settlement discussions, reduce cost of litigation for both parties, and potentially unburden the Court's docket, the parties have agreed to stipulate to an extension of time for Defendant to respond to the Complaint. Instead of responding to the Complaint on May 10, 2012, the parties agree that Defendant's time to file and serve a response to the Complaint is extended 30 days to June 9, 2012.

5. The stipulation will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

6. Nothing in this stipulation shall constitute a waiver of any arguments or defenses that Defendant or Plaintiff may wish to assert in their pleadings, all of which are expressly reserved.

IT IS SO STIPULATED.

Dated: May 10, 2012        By: ___/s/_____
                               Anita Steburg
                               Attorneys for Plaintiffs
                               DAN A. GRANERA and ROSSANA GRANERA


Dated May 10, 2012         By: ___/s/_____
                               Michael McLively
                               Attorneys for Defendant
                               EXPERIAN INFORMATION SOLUTIONS, INC.

1    **[PROPOSED] ORDER**

Having reviewed the stipulation of Plaintiffs DAN A. GRANERA and ROSSANA GRANERA and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., and good cause appearing, the deadline for Defendant to respond to Plaintiffs' Complaint is extended 30 days from May 10, 2012 to June 9, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 14, 2012

_____
Judge Hon. Yvonne Gonzalez Rogers
United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SFI-732716v1

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

**PROOF OF SERVICE**

I, Amy Reyes, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. My electronic service address is areyes@jonesday.com. On May 10, 2012, I electronically served the following documents:

**JOINT STIPULATION EXTENDING EXPERIAN'S TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the UPS envelope to be delivered to an UPS agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ based on a court order or an agreement between the parties to accept service by electronic transmission, I caused the documents to be sent via ECF to the persons at the electronic service address listed.

Executed on May 10, 2012, at San Francisco, California.

_____
Amy Reyes

## SERVICE LIST

| | |
|---|---|
| Anita L. Steburg (State Bar No. 245933)<br>1798 Technology Drive, Suite 258<br>San Jose, CA 95110<br>Telephone: (408) 573-1122<br>Facsimile: (408) 573-1126<br>E-Mail:     anita@steburglawfirm.com | *Counsel for Plaintiffs Dan A. Granera and Rossana Granera* |
| David E. Pinch<br>Severson & Werson<br>One Embarcadero Center, Suite 2500<br>San Francisco, CA 94111<br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br>E-Mail: dep@severson.com | *Counsel for Defendant Bank of America, N.A.* |
| Christopher W. Vincent<br>Ropers, Majeski, Kohn & Bentley<br>201 Spear Street, Suite 1000<br>San Francisco, CA 94105-1667<br>Telephone: (415) 543-4800<br>Facsimile: (415) 972-6301<br>E-Mail: cvincent@rmkb.com | *Counsel for Defendants JP Morgan Chase & Co. and Chase Visa, a Subsidiary of JP Morgan Chase & Co.* |
| Amanda E. Glowacki<br>Schuckit Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Telephone: (317) 363-2400<br>Facsimile: (317) 363-2257<br>E-mail: aglowacki@schuckitlaw.com | *Counsel for Defendant Trans Union LLC* |

PROOF OF SERVICE