**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAN A. GRANERA, ROSSANA GRANERA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *ET AL.*,<br><br>    Defendants. | **Case No.: 12-cv-1801-YGR**<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that notices of settlement and/or dismissals of all defendants in the above-captioned case have been filed. Accordingly, all pending motion, case management and trial dates are **VACATED**. A compliance hearing shall be held on Friday, **November 30, 2012,** on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, all parties other than those who have been dismissed prior to issuance of this order, shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**